nold Cross, for appellant. B. H. Ames, for respondent.

PER CURIAM. We think there should be a new trial in this case, on the ground that the question as to the defendant's negligence and the plaintiff's freedom from contributory negligence should have been presented to the jury. Judgment reversed, and new trial ordered, with costs to appellant to abide event.

BROADWELL, Appellant, v. CONOVER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by William C. Broadwell against Jacob D. Conover. No opinion. Judgment and order affirmed, with costs.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) In the matter of the application of the Brooklyn Bar Association to disbar William O. Miles, an attorney. No opinion. Application granted.

BROWN, Respondent, v. COOPER PAPER BOX CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Nellie Brown, an infant, etc., against the Cooper Paper Box Company.

PER CURIAM. Judgment and order affirmed, with costs. See 106 N. Y. Supp. 1118.

ROBSON, J., dissents.

In re BROWNE. (Supreme Court, Appellate Division, First Department. July 8, 1908.) In the matter of Alice K. Browne, deceased. No opinion. Order affirmed, with costs. Order filed.

BRUDER, Appellant, v. PHILLIPS, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by William H. Bruder against Mary J. Phillips. A. Wardwell, for appellant. I. N. Sievwright, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRYANT, Respondent, v. BERG, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Melville W. C. Bryant against Carl Berg. No opinion. Judgment affirmed, with costs.

BUCHANAN, Respondent, v. BROOKLYN HEIGHTS R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Frances L. Buchanan against the Brooklyn Heights Railroad Company and another.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $5,000, in which case the judgment, as modified, is unanimously affirmed, without costs of this appeal to either party.

BUCKY, Respondent, v. BEN FRANKLIN INS. CO., Appellant. (Supreme Court, Appellate Divison, First Department. June 12, 1908.) Action by Milton G. Bucky against the Ben Franklin Insurance Company. A. L. Davis, for appellant. W. B. Crisp, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BUCKY, Respondent, v. BEN FRANKLIN INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Milton G. Bucky against the Ben Franklin Insurance Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

BUCKY v. BEN FRANKLIN INS. CO. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Milton G. Bucky against the Ben Franklin Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

In re BUFFALO & LACKAWANNA TRACTION CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the application of the Buffalo & Lackawanna Traction Company for the appointment of three commissioners, etc. Robert F. Schelling, William B. Cutter, and Michael J. Danahey appointed commissioners to determine whether the Buffalo & Lackawanna Traction Company ought to be constructed, maintained, and operated upon and along the streets named in the petition.

BURKE, Appellant, v. LONDON GUARANTEE & ACCIDENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Mary Burke, an infant, by George J. O'Keefe, her guardian ad litem, against the London Guarantee & Accident Company. No opinion. Motion denied, with $10 costs.

BURKHARDT, Respondent, v. RYAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Frances Burkhardt against Catherine Ryan, impleaded with others. No opinion. Judgment affirmed, with costs.

BURNS, Respondent, v. CROW, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Mary Burns, as administratrix, against William L. Crow. No opinion. F. V. Johnson, for appellant. E. J. Gavegan, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See 107 N. Y. Supp. 944.

INGRAHAM and McLAUGHLIN, JJ., dissent.

BURT, Appellant, v. ROBERTSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Zerviah M. Burt, as sole surviving administrator, etc., against William B. Robertson and others. No opinion. Order affirmed, with costs.